UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:25-cv-00149 |
| | § | |
| 0.519 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE OF | § | |
| TEXAS; AND DAVID F. REYES, JR., *et al.,* | § | |
| *Defendants*. | § | |

## NOTICE OF CONDEMNATION

**TO:**    ALL NAMED IN SCHEDULE "G" ATTACHED HERETO

1.    You are hereby notified that a Complaint in Condemnation (Dkt. No. 1) and a Declaration of Taking (Dkt. No. 2) have heretofore been filed in the Office of the Clerk of the above-named Court in an action to condemn certain interests, described in Schedule "E" attached hereto, for public uses in the property described in Schedules "C" and "D" attached hereto (hereinafter referred to as "Subject Property"). The authority for the taking is set forth in Schedule "A" attached hereto, and the uses for which Subject Property is to be taken are set forth in Schedule "B" attached hereto.

2.    The estimated just compensation for the stated interests in the Subject Property is set forth in Schedule "F" attached hereto.

3.    The parties who may have or claim an interest in the just compensation to be paid for the taking of the Subject Property are set forth in Schedule "G" attached hereto.

4.    If you have any objection or defense to the taking of your property, you are required to serve upon plaintiff's attorney at the address herein designated within twenty-one (21) days after service of this notice upon you, an answer identifying the property in which you claim to have an

interest, stating the nature and extent of the interest claimed and stating all your objections or defenses to the taking of your property. A failure to serve an answer shall constitute a consent to the taking and to the authority of the Court to proceed to hear the action and to fix just compensation and shall constitute a waiver of all defenses and objections not presented.

5. You are further notified that if you have no objection or defense to the taking, you may serve upon plaintiff's attorney a notice of appearance designating the property you claim to have an interest in, and thereafter you shall receive notice of all proceedings as to said property.

6. You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein, and you may share in the distribution of the award for compensation.

7. You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

Respectfully submitted,

**NICHOLAS J. GANJEI**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov