# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV- RGC-6079
Owner:  David F. Reyes, Jr., *et al.*,
Acres:  0.519

**Being** a 0.519 of one acre (22,603 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 9.08 acres, Share 14, as described in Volume 171, Page 36, Official Records of Starr County, Texas, and out of a called 2.1 acre tract conveyed to David S. Reyes by Correction Deed recorded in Volume 509, Page 291, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the southeast corner of the 2.1 acre tract and a northerly exterior corner of a called 22.18 acre tract conveyed to Rio Water Supply Corporation by General Warranty Deed recorded in Volume 1219, Page 305, Official Records of Starr County, Texas, said point being in the east line of Share 14 and the west line of a called 15.27 acre tract conveyed to Jose Maria Reyes, et al by Partition Deed recorded in Volume 171, Page 36, Deed Records of Starr County, Texas (Share 15), said point having the coordinates of N=16658722.915, E=854258.360, said point bears S 48°36'14" W, a distance of 1785.38' from United States Army Corps of Engineers Control Point No. SS11-2019;

**Thence:** N 80°48'35" W (N 79°58'00" W, Record), departing the west line of the 15.27 acre tract, with the south line of the 2.1 acre tract and the north line of the 22.18 acre tract, for a distance of 376.58' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6009-1=6079-1" for the **Point of Beginning** and southeast corner of Tract RGV-RGC-6079, said point being in the south line of the 2.1 acre tract and the north line of the 22.18 acre tract, said point having the coordinates of N=16658783.060, E=853886.618;

**Thence:** N 80°48'35" W (N 79°58'00" W, Record), continuing with the south line of the .1 acre tract and the north line of the 22.18 acre tract, for a distance of 338.19' to a point for the southwest corner of Tract RGV-RGC-6079, said point being in the south line of the 2.1 acre tract and the north line of the 22.18 acre tract;

**Thence:** N 15°09'59" W, departing the north line of the 22.18 acre tract, over and across the 2.1 acre tract, for a distance of 69.97' to a set 5/8" rebar with an MDS LAND

## SCHEDULE C (Cont.)

SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6079-3=6084-2" for the northwest corner of Tract RGV-RGC-6079, said point being in the north line of Share 14, the south line of Share 19-A, and the south line of the south 1 acre of a called 3 acre tract out of Share 19-A as described in Deed of Conveyance recorded in Volume 174, Page 299, Deed Records of Starr County, Texas (First), said 1 acre tract being the same tract of land conveyed to Concepcion R. de Maldonado, et al by Warranty Deed recorded in Volume 203, Page 479, Deed Records of Starr County, Texas, said point being within the 2.1 acre tract;

**Thence:** S 81°52'03" E, with the north line of Share 14, the south line of Share 19-A, and the south line of the 1 acre tract, over and across the 2.1 acre tract, for a distance of 335.40' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6079-4=6084-1" for the northeast corner of Tract RGV-RGC- 6079, said point being in the north line of Share 14, the south line of Share 19-A, and the south line of the 1 acre tract, said point being within the 2.1 acre tract;

**Thence:** S 15°11'46" E, departing the north line of Share 14, the south line of Share 19-A, and the south line of the 1 acre tract, over and across the 2.1 acre tract, for a distance of 76.79' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 48'36'14" W | 1785.38' | N/A | N/A |
| L2 | N 80'48'35" W | 376.58' | N 79'58'00" W | N/A |
| L3 | N 80'48'35" W | 338.19' | N 79'58'00" W | N/A |
| L4 | N 15'09'59" W | 69.97' | N/A | N/A |
| L5 | S 81'52'03" E | 335.40' | N/A | N/A |
| L6 | S 15'11'46" E | 76.79' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16658783.060 | 853886.618 | RGV-RGC-6009-1=6079-1 |
| 2 | 16658837.073 | 853552.769 | RGV-RGC-6009-10=6079-2 |
| 3 | 16658904.609 | 853534.463 | RGV-RGC-6079-3=6084-2 |
| 4 | 16658857.162 | 853866.490 | RGV-RGC-6079-4=6084-1 |
| 5 | 16658722.915 | 854258.360 | POC RGV-RGC-6009 6079 6084 |

LEGEND

●    5/8" REBAR W/ "MDS" CAP SET

○    CALCULATED POINT

△    CONTROL POINT

DRSC    DEED RECORDS OF STARR COUNTY
IPF    1" IRON PIPE FOUND
IRF    1/2" IRON ROD FOUND
ORSC    OFFICIAL RECORDS OF STARR COUNTY
PG    PAGE
POB    POINT OF BEGINNING
POC    POINT OF COMMENCING
VOL    VOLUME

——————— ACQUISITION BOUNDARY

—··—··—··— ADJOINING ACQUISITION BOUNDARY

〜〜〜〜 BRUSH/VEGETATION

———P L——— PROPERTY LINE

(#) SEE SHEET 5



ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7286 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**DAVID S. REYES**
**TRACT No. RGV-RGC-6079**
**STARR COUNTY**        **TEXAS**

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Boundary change | 5/6/20 | |

|  | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/20 |
| Checked | LMK | 2/20 |
| Surveyor | JDB | 2/20 |
| Fld.Bk. # | | |

CONTRACT NO.: W91278-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
RMF ENGINEERING, INC.
NO. 10193542



**ENGINEERING, INC.**
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-5959
(EMAIL) info@bnfeng.com



U.S. Army Corps of Engineers



## SCHEDULE D (Cont.)

(10)
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

REMAINING AREA: 0.665 ACRE

(1b)
DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

REMAINING AREA: 0.062 ACRE

(2)
FILIBERTO SEPULVEDA
CALLED 3 ACRES
WARRANTY DEED
VOL. 182, PG. 398 DRSC

MARIA DE LA LUZ S. RODRIGUEZ
REMAINDER OF CALLED 3 ACRES
CORRECTION DEED
VOL. 493, PG. 382 ORSC

CELINDA SALINAS
GIFT DEED
VOL. 912, PG. 192 ORSC

ROBERTO OSMAR CUELLAR
WARRANTY DEED
VOL. 918, PG. 699 ORSC

REYNALDO SEPULVEDA
& FELIPA SEPULVEDA
WARRANTY DEED
VOL. 1045, PG. 425 ORSC

(3)
STARR PRODUCE COMPANY
REMAINDER OF
CALLED 22.86 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 19-A)

(4)
JOSE MARIA REYES, ET AL
CALLED 15.27 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 15)

(6)
STARR PRODUCE COMPANY
CALLED 33.17 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 24)

(7)
STARR PRODUCE COMPANY
CALLED 12.37 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 20)

(5)
RIO WATER SUPPLY CORPORATION
CALLED 22.18 ACRES
(21.82 ACRES NET)
GENERAL WARRANTY DEED
VOL. 1219, PG. 305 ORSC

(9)
FILIBERTO SEPULVEDA
CALLED 8.21 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 17)

(10)
PASCUALA MALDONADO DE
GONZALEZ, ET AL
REMAINDER OF
CALLED 7.50 ACRES
PARTITION DEED
VOL. 171, PG. 36 DRSC
(SHARE 16)

(8)
CANDELARIO SEPULVEDA
CALLED 2.22 ACRES
AFFIDAVIT OF POSSESSION
VOL. 809, PG. 423 ORSC
(SHARE 18)

(12)
REYNALDO SEPULVEDA
& FELIPA SEPULVEDA
CALLED 11.889 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
VOL. 1533, PG. 75 ORSC
(SHARE 22)

(14)
CONCEPCION R. DE MALDONADO,
ET AL
CALLED 1 ACRE
WARRANTY DEED
VOL. 203, PG. 479 ORSC

DAVID S. REYES
CALLED 2.1 ACRES
CORRECTION DEED
VOL. 509, PG. 291 ORSC

(11)
DAVID S. REYES
CALLED 4.475 ACRES
DEED OF GIFT
VOL. 519, PG. 361 ORSC

(13)
15' WIDE EASEMENT
& RIGHT-OF-WAY
DEED OF CONVEYANCE
VOL. 174, PG. 299 DRSC
(SECOND)

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000000 (E.G. GRID X 1.00004000000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**DAVID S. REYES**
**TRACT No. RGV-RGC-6079**
**STARR COUNTY**          **TEXAS**

Drawing SHEET 5 OF 6 Ref. No.

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Boundary change | 5/6/20 | |

CONTRACT NO.: W9127D-14-D-0013
T.O.: WA5XMA815779970001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/20 |
| Checked | LMK | 2/20 |
| Surveyor | JDB | 2/20 |
| Fld.Bk. # | | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10019600



ENGINEERING, INC.
920 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-0059
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

## SCHEDULE D (Cont.)



# SCHEDULE E

## SCHEDULE E

<u>ESTATE TAKEN</u>

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Warranty Deed, recorded August 25, 1975, Document No. 1975-88636, Volume 388, Page 144, and in Correction Deed recorded May 20, 1985, Document No. 1985-127532, Volume 509, Page 291, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND SIX HUNDRED FIFTY-SIX DOLLARS AND NO/CENTS ($18,656.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **David F. Reyes, Jr.**<br>████████<br>Rio Grande City, TX ████<br>or<br>████████<br>Rio Grande City, Texas ████<br>*Heir of David S. Reyes*<br><br>**Julissa E. Garcia**<br>████████<br>McAllen, TX ████<br>*Heir of David S. Reyes*<br><br>**Maria E. Bazan**<br>████████████<br>McAllen, TX ████<br>*Heir of David S. Reyes*<br><br>**Marinela F. Reyes**<br>████████<br>Rio Grande City, TX ████<br>*Heir of David S. Reyes* | **RGV-RGC-6079**<br>Correction Deed, Document No. 1985-127532, Volume 509, Page 291, recorded May 20, 1985, Official Records of Starr County, Texas;<br><br>Quitclaim Deed, Document No. 1983-118077, Volume 475, Page 734, recorded July 8, 1983, Official Records of Starr County, Texas; and<br><br>Warranty Deed, Document 1975-88072, Volume 386, Page 232, recorded May 30, 1975, Official Records of Starr County, Texas |
| **Starr Produce Company**<br>**c/o Mike Hudsonpillar, President**<br>231 N. FM 3167<br>Rio Grande City, TX 78582 | **RGV-RGC-6079**<br>Correction Deed, Document No. 1992-162494, Volume 657, Page 717, recorded Sept. 2, 1992, Official Records of Starr County, Texas;<br><br>Warranty Deed with Vendor's Lien, Document No. 1985-128363, Volume 512, Page 667, recorded July 18, 1985, Official Records of Starr County, Texas; and |

| | Warranty Deed, Document 1975-88636, Volume 388, Page 144, recorded Aug. 25, 1975, Official Records of Starr County, Texas |
|---|---|
| **Unknown Heirs/Devisees of Pedro Rodriguez** | **RGV-RGC-6079**<br>Final Decree of Partition, Cause. No. 2471 *King*, et al., *v. Olivarez*, et al., Doc. 1951-34133, Vol. 171, Pg. 36, recorded Oct. 1, 1951, Official Records of Starr County, Texas |
| **Rio Grande City Consolidated Independent School District**<br>P.O. Box 91<br>Rio Grande City, Texas 78582<br><br>**South Texas College**<br>100 N. FM 3167, Ste. 200<br>Rio Grande City, Texas 78582<br><br>**Starr County, Texas**<br>100 N. FM 3167, Ste. 200<br>Rio Grande City, Texas 78582 | **RGV-RGC-6079**<br>Abstract of Judgment, Cause No. TS-99-180, in the 229th Judicial Court of Starr County, Texas, Document No. 2009-281481, Vol. 1229, Page 68, recorded on March 24, 2009, Official Records of Starr County, Texas |
| **Office of the Attorney General**<br>**Child Support Unit 0316E**<br>3508 N. Jackson Road, Suite 600<br>Pharr, TX 78577 | **RGV-RGC-6079**<br>Child Support Lien<br>NCP: David F. Reyes, Jr.<br>OAG Case No. 0012932796<br>Doc. 2024-380665, Recorded Feb. 5, 2024, Deed Records of Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-6079**<br>Account No. 0036617<br>AB 83 POR 73 A DELA GARZASH 14 |