# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>0.519 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND DAVID F. REYES, JR., *et al.,*<br>*Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 7:25-cv-00149<br>§<br>§<br>§<br>§<br>§ |

## CLERK'S RECEIPT

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on April 10, 2025 , I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **EIGHTEEN THOUSAND SIX HUNDRED FIFTY-SIX DOLLARS AND NO CENTS** ($18,656.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:   *Kathy Nguyen*
       **Deputy Clerk**