## DELINQUENT TAX STATEMENT SUMMARY



**LAURA V GARCIA, RTA**
RIO GRANDE CITY GRULLA I.S.D. TAX ASSESSOR - COLLECTOR
PO BOX 91
RIO GRANDE CITY, TX 78582

**Certified Owner:**
REYES DAVID S ETAL
P O BOX 117
RIO GRANDE CITY, TX  78582-0117

**Legal Description:**
AB 83 POR 73 A DELA GARZA SH 14

**Account No: 00083-07300-00420-000000**

2024 Value: $19,070
Appr. Dist. No.: 36617

Legal Acres: 1.1180
Parcel Address:  MIDWAY RD

As of Date: 04/17/2025

Print Date: 04/17/2025    Printed By: FELIPEG

| Year | Tax Units | Remaining Levy | IF PAID BY April 30, 2025 | | IF PAID BY June 2, 2025 | | IF PAID BY June 30, 2025 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalty Interest | Total | Penalty Interest | Total | Penalty Interest | Total |
| 2018 | 3 | $152.91 | $175.92 | $328.83 | $177.68 | $330.59 | $179.44 | $332.35 |
| 2019 | 3 | $148.77 | $150.63 | $299.40 | $152.35 | $301.12 | $154.05 | $302.82 |
| 2020 | 3 | $248.02 | $216.89 | $464.91 | $219.74 | $467.76 | $222.59 | $470.61 |
| 2021 | 3 | $241.06 | $177.54 | $418.60 | $180.31 | $421.37 | $183.08 | $424.14 |
| 2022 | 3 | $260.55 | $155.93 | $416.48 | $158.94 | $419.49 | $161.94 | $422.49 |
| 2023 | 3 | $223.27 | $102.81 | $326.08 | $105.39 | $328.66 | $107.95 | $331.22 |
| 2024 | 3 | $221.65 | $24.38 | $246.03 | $28.81 | $250.46 | $33.25 | $254.90 |
| **TOTAL AMOUNT DUE:** | | $1,496.23 | $1,004.10 | $2,500.33 | $1,023.22 | $2,519.45 | $1,042.30 | $2,538.53 |

**Tax Unit Codes:**
3    RIO GRANDE CITY GRULLA I.S.D.

*If you are in bankruptcy, this notice is only for the purpose of notifying you of the current status of your account and is not an attempt to collect your account.*
IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE TAX COLLECTOR FOR THE RIO GRANDE CITY CISD TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE TAX COLLECTOR FOR THE RIO GRANDE CITY CISD TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

TO PAY ONLINE GO TO:  HTTPS://WWW.MYRGCGISD.ORG/PAGE/TAX-OFFICE

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT

Print Date: 04/17/2025

Appr. Dist. No.: 36617

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:**

LAURA V GARCIA, RTA
RIO GRANDE CITY GRULLA I.S.D. TAX ASSESSOR - COLLECTOR
PO BOX 91
RIO GRANDE CITY, TX 78582
(956) 370-4654

* 0 0 0 8 3 0 7 3 0 0 0 0 4 2 0 0 0 0 0 0 *

00083-07300-00420-000000

EXHIBIT  1
Page  1  of  2

REYES DAVID S ETAL
P O BOX 117
RIO GRANDE CITY, TX 78582-0117

| If Paid By | Amount Due |
|---|---|
| April 30, 2025 | $2,500.33 |
| June 2, 2025 | $2,519.45 |
| June 30, 2025 | $2,538.53 |
| Amount Paid: | $ |

## DELINQUENT TAX STATEMENT SUMMARY



**LAURA V GARCIA, RTA**
**RIO GRANDE CITY GRULLA I.S.D. TAX ASSESSOR - COLLECTOR**
**PO BOX 91**
**RIO GRANDE CITY, TX 78582**

**Certified Owner:**
REYES DAVID S ETAL
P O BOX 117
RIO GRANDE CITY, TX 78582-0117

**Legal Description:**
AB 83 POR 73 A DELA GARZA SH 14

**Account No: 00083-07300-00420-000000**
**As of Date:** 04/17/2025

**2024 Value:** $19,070
**Appr. Dist. No.:** 36617

**Legal Acres:** 1.1180
**Parcel Address:** MIDWAY RD

**Print Date:** 04/17/2025   **Printed By:** FELIPEG

| Year | Tax Units | Remaining Levy | IF PAID BY April 30, 2025 Penalty Interest | Total | IF PAID BY June 2, 2025 Penalty Interest | Total | IF PAID BY June 30, 2025 Penalty Interest | Total |
|---|---|---|---|---|---|---|---|---|
| **TOTAL AMOUNT DUE:** | | $1,496.23 | $1,004.10 | $2,500.33 | $1,023.22 | $2,519.45 | $1,042.30 | $2,538.53 |

**THE TAXES ON THIS PROPERTY ARE DELINQUENT. THE PROPERTY IS SUBJECT TO A LIEN FOR THE DELINQUENT TAXES. IF THE DELINQUENT TAXES ARE NOT PAID, THE LIEN MAY BE FORECLOSED.**

---

TO PAY ONLINE GO TO: HTTPS://WWW.MYRGCGISD.ORG/PAGE/TAX-OFFICE

✂ ............................................................................................................................

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT**

**Print Date:** 04/17/2025

**Appr. Dist. No.:** 36617

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:
LAURA V GARCIA, RTA
RIO GRANDE CITY GRULLA I.S.D. TAX ASSESSOR - COLLECTOR
PO BOX 91
RIO GRANDE CITY, TX 78582
(956) 370-4654

`* 0 0 0 8 3 0 7 3 0 0 0 0 4 2 0 0 0 0 0 0 0 *`

00083-07300-00420-000000

EXHIBIT __1__
Page __2__ of __2__

REYES DAVID S ETAL
P O BOX 117
RIO GRANDE CITY, TX 78582-0117

| If Paid By | Amount Due |
|---|---|
| April 30, 2025 | $2,500.33 |
| June 2, 2025 | $2,519.45 |
| June 30, 2025 | $2,538.53 |
| Amount Paid: | $ |