**STARR COUNTY ANNEX**
**AMEIDA SALINAS, TAC**
**100 N FM 3167 SUITE 201**
**RIO GRANDE CITY, TX 78582**
**(956)716-4800**
http://www.co.starr.tx.us/

# ACCOUNT SUMMARY



| Account: | 0036617 | Billing No: | 047666 | Alt Acct No: | 000000036617 |
|---|---|---|---|---|---|

Property Owner:
REYES DAVID S ETAL
P O BOX 117
RIO GRANDE CITY, TX 78582-0117

Acres: 1.1180
Exemption Codes:

| Legal Desc: | AB 83 POR 73 A DELA GARZA SH 14 | | Property Loc: | MIDWAY RD RIO GRANDE CITY TX 78582 | | | |
|---|---|---|---|---|---|---|---|
| Entity | Base Tax | Base Tax Paid | Base Due | P & I | Spc. Int. | Att. Fee | Total Due |
| **2024 - 0** | | | | | | | |
| STARR COUNTY | $96.65 | $0.00 | $96.65 | $10.63 | $0.00 | $0.00 | $107.28 |
| FARM ROAD | $38.59 | $0.00 | $38.59 | $4.24 | $0.00 | $0.00 | $42.83 |
| STARR COUNTY DRAINAGE DIST. | $0.29 | $0.00 | $0.29 | $0.03 | $0.00 | $0.00 | $0.32 |
| HOSPITAL | $48.50 | $0.00 | $48.50 | $5.34 | $0.00 | $0.00 | $53.84 |
| STC ANNUAL MAINT | $30.89 | $0.00 | $30.89 | $3.40 | $0.00 | $0.00 | $34.29 |
| **Totals** | **$214.92** | **$0.00** | **$214.92** | **$23.64** | **$0.00** | **$0.00** | **$238.56** |
| **2023 - 0** | | | | | | | |
| STARR COUNTY | $97.98 | $0.00 | $97.98 | $26.45 | $0.00 | $18.66 | $143.09 |
| FARM ROAD | $39.14 | $0.00 | $39.14 | $10.57 | $0.00 | $7.46 | $57.17 |
| STARR COUNTY DRAINAGE DIST. | $0.26 | $0.00 | $0.26 | $0.07 | $0.00 | $0.05 | $0.38 |
| HOSPITAL | $48.50 | $0.00 | $48.50 | $13.10 | $0.00 | $9.24 | $70.84 |
| STC ANNUAL MAINT | $29.79 | $0.00 | $29.79 | $8.04 | $0.00 | $5.67 | $43.50 |
| **Totals** | **$215.67** | **$0.00** | **$215.67** | **$58.23** | **$0.00** | **$41.08** | **$314.98** |
| **2022 - 0** | | | | | | | |
| STARR COUNTY | $96.30 | $0.00 | $96.30 | $37.56 | $0.00 | $20.08 | $153.94 |
| FARM ROAD | $41.19 | $0.00 | $41.19 | $16.06 | $0.00 | $8.59 | $65.84 |
| STARR COUNTY DRAINAGE DIST. | $0.27 | $0.00 | $0.27 | $0.11 | $0.00 | $0.06 | $0.44 |
| HOSPITAL | $50.14 | $0.00 | $50.14 | $19.55 | $0.00 | $10.45 | $80.14 |
| STC ANNUAL MAINT | $30.80 | $0.00 | $30.80 | $12.01 | $0.00 | $6.42 | $49.23 |
| **Totals** | **$218.70** | **$0.00** | **$218.70** | **$85.29** | **$0.00** | **$45.60** | **$349.59** |
| **2021 - 0** | | | | | | | |
| STARR COUNTY | $100.12 | $0.00 | $100.12 | $51.06 | $0.00 | $22.68 | $173.86 |
| FARM ROAD | $42.91 | $0.00 | $42.91 | $21.88 | $0.00 | $9.72 | $74.51 |
| STARR COUNTY DRAINAGE DIST. | $2.52 | $0.00 | $2.52 | $1.29 | $0.00 | $0.57 | $4.38 |
| HOSPITAL | $50.37 | $0.00 | $50.37 | $25.69 | $0.00 | $11.41 | $87.47 |
| STC ANNUAL MAINT | $32.71 | $0.00 | $32.71 | $16.68 | $0.00 | $7.41 | $56.80 |
| **Totals** | **$228.63** | **$0.00** | **$228.63** | **$116.60** | **$0.00** | **$51.79** | **$397.02** |
| **2020 - 0** | | | | | | | |
| STARR COUNTY | $100.29 | $0.00 | $100.29 | $63.18 | $0.00 | $24.52 | $187.99 |
| FARM ROAD | $45.77 | $0.00 | $45.77 | $28.84 | $0.00 | $11.19 | $85.80 |
| STARR COUNTY DRAINAGE DIST. | $2.38 | $0.00 | $2.38 | $1.50 | $0.00 | $0.58 | $4.46 |
| HOSPITAL | $50.37 | $0.00 | $50.37 | $31.73 | $0.00 | $12.32 | $94.42 |
| STC ANNUAL MAINT | $32.76 | $0.00 | $32.76 | $20.64 | $0.00 | $8.01 | $61.41 |

EXHIBIT 1

Page 1 of 2

( Page 1 )

0036617

**STARR COUNTY ANNEX**
**AMEIDA SALINAS, TAC**
**100 N FM 3167 SUITE 201**
**RIO GRANDE CITY, TX 78582**
**(956)716-4800**
**http://www.co.starr.tx.us/**

## ACCOUNT SUMMARY



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | $231.57 | $0.00 | $231.57 | $145.89 | $0.00 | $56.62 | $434.08 |
| **2019 - 0** | | | | | | | |
| STARR COUNTY | $59.45 | $0.00 | $59.45 | $44.59 | $0.00 | $15.61 | $119.65 |
| FARM ROAD | $27.00 | $0.00 | $27.00 | $20.25 | $0.00 | $7.09 | $54.34 |
| STARR COUNTY DRAINAGE DIST. | $1.13 | $0.00 | $1.13 | $0.85 | $0.00 | $0.30 | $2.28 |
| HOSPITAL | $29.72 | $0.00 | $29.72 | $22.29 | $0.00 | $7.80 | $59.81 |
| STC ANNUAL MAINT | $19.50 | $0.00 | $19.50 | $14.63 | $0.00 | $5.12 | $39.25 |
| Totals | $136.80 | $0.00 | $136.80 | $102.61 | $0.00 | $35.92 | $275.33 |
| **2018 - 0** | | | | | | | |
| STARR COUNTY | $58.71 | $0.00 | $58.71 | $51.08 | $0.00 | $16.47 | $126.26 |
| FARM ROAD | $27.73 | $0.00 | $27.73 | $24.13 | $0.00 | $7.78 | $59.64 |
| STARR COUNTY DRAINAGE DIST. | $1.13 | $0.00 | $1.13 | $0.98 | $0.00 | $0.32 | $2.43 |
| HOSPITAL | $30.17 | $0.00 | $30.17 | $26.25 | $0.00 | $8.46 | $64.88 |
| STC ANNUAL MAINT | $20.03 | $0.00 | $20.03 | $17.43 | $0.00 | $5.62 | $43.08 |
| Totals | $137.77 | $0.00 | $137.77 | $119.87 | $0.00 | $38.65 | $296.29 |
| **Grand Tax Due:** | $1,384.06 | $0.00 | $1,384.06 | $652.13 | $0.00 | $269.66 | $2,305.85 |
| **Grand Total as of April, 2025** | | | | | | | $2,305.85 |

| If Taxes Are Paid In: | Plus (+) Penalty/Interest, Atty Fees and Special Interest | Total Due |
|---|---|---|
| May 2025 | $939.52 | $2,323.58 |
| June 2025 | $957.28 | $2,341.34 |
| July 2025 | $1,015.18 | $2,399.24 |

EXHIBIT 1
Page 2 of 2