IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>　　　　　*Plaintiff,* §<br>　　　　　　　　　　　　§<br>v.　　　　　　　　　　　§<br>　　　　　　　　　　　　§<br>0.519 ACRES OF LAND, MORE OR §<br>LESS, SITUATE IN STARR COUNTY, §<br>STATE OF TEXAS; AND DAVID F. §<br>REYES, JR., et al.,　　　　§<br>　　　　　*Defendants* §  | CIVIL ACTION<br>NO. 7:25-CV-00149 |

## THE OFFICE OF THE ATTORNEY GENERAL'S CLAIM FOR CONDEMNATION PROCEEDS AND NOTICE OF CHILD SUPPORT LIEN

The ATTORNEY GENERAL, pursuant to Texas Family Code Chapters 231 and 157, and Texas Property Code Chapter 21, files this Claim for Condemnation Proceeds and Notice of Child Support Lien.

1. The ATTORNEY GENERAL is providing child support collection services to DIANA ISELA LOZANO in its Case ID: 0012932796, seeking past due support from DAVID F. REYES, JR., a named defendant in this proceeding.

### Claim for Condemnation Proceeds

2. In the provision of child support collection services to DIANA ISELA LOZANO, the ATTORNEY GENERAL, as the Claimant, files the Child Support Lien, attached and incorporated as Exhibit A.

3. The UNITED STATES OF AMERICA has filed an "Complaint in Condemnation" against DAVID F. REYES, JR. and others, and has requested that the Court enter an order that grants

1

just compensation, to the extent not already established, for the acquired tract(s) owned in part by DAVID F. REYES, JR., to which he would be entitled as a result of the acquisition of his property.

4. The Child Support Lien filed by the ATTORNEY GENERAL has priority over any funds DAVID F. REYES, JR. might receive as an heir/owner of the property.

## Prayer

WHEREFORE, PREMISES CONSIDERED, the ATTORNEY GENERAL requests:

1. The Court find the Claim for Condemnation Proceeds is a valid claim to any funds that would be paid to DAVID F. REYES, JR.

2. The Court order any funds that would be paid to DAVID F. REYES, JR. instead be paid to the Attorney General in an amount up to the amount of child support arrears owed on the date of the order; and,

3. Such other and further relief to which the ATTORNEY GENERAL may show itself justly entitled.

Respectfully submitted,

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General


   /s/ Catherine A. Garcia
Catherine A. Garcia
Texas SBN: 00798196
SDTx Fed. ID No. 391345
Stratos L. Apostolou
Texas SBN: 24068020
SDTx Fed. ID No. 2228632
Attorney General of Texas-CSD
3508 N. Jackson, Suite 100
Pharr, Texas 78774
Phone: (737)288-6577
Fax: (945)631-2451
Catherine.Garcia@OAG.TEXAS.GOV


Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic filing system on May 2, 2025.

   /s/ Catherine A. Garcia