# NOTICE OF LIEN

May 2, 2025

To:      Clerk for the United States District
Court For the Southern District of Texas
McAllen Division

Obligor:      **DAVID F. REYES, JR.**
Address:      5 N David Reyes LN REAR HOUSE
Rio Grande City, TX 78582

Social Security No.:      XXX-XX-7219
Date of Birth:      [REDACTED]

From: (Claimant)      OFFICE OF THE ATTORNEY GENERAL
Special Collections Unit 590
P.O. Box 12027
Austin, TX 78711-2027
Phone: 1-866-445-4556
Fax: 512-433-4691

Obligee:      DIANA ISELA LOZANO

IV-D Case Number:      **0012932796**

    The lien results, by operation of law, from a child support order, entered by the *381ST JUDICIAL DISTRICT COURT OF STARR COUNTY, TEXAS* in cause number *CS-14-139*.

    As of May 2, 2025, the Obligor owes unpaid support in the amount of **$26,439.72**. This amount may be subject to interest.

    Prospective amounts of child support, not paid when due, are judgments that are added to the lien amount. This lien attaches to all non-exempt real and/or titled personal property of the above- named Obligor, which is located or existing within the State/county of filing, including any property specifically described below.

Specific Description of Property:      Any and all funds payable to DAVID F. REYES, JR.

    All aspects of this lien, including its priority and enforcement, are governed by the law of the State where the property is located. An Obligor must follow the laws and procedures of the State where the property is located or recorded to contest or challenge this lien. This lien remains in effect until released by the claimant or in accordance with the laws of the State of filing.

As an authorized agent of a State or Tribal, or subdivision of a State or Tribal, agency responsible for implementing the child support enforcement program set forth in Title IV, Part D, of the Federal Social Security Act (42 U.S.C. 651 et seq.), I have authority to file this child support lien in any State, or U.S. Territory. For additional information regarding this lien, including the pay- off amount, please contact the authorized agency (claimant) and reference the case number(s), as listed above.

Authorized Agents:

*Catherine A. Garcia*
Catherine Garcia
Assistant Attorney General
Child Support Division
3508 North Jackson Rd., Ste. 100
Pharr, TX 78577-8642
Telephone: (956) 682-5581
Facsimile: (956) 926-2451

Please make checks payable
to **Office of the Attorney
General** and remit payment
to
Special Collections Intercept
PO Box 659417
**San Antonio, Texas 78265-9417**

Please include the IV-D case number(s) **0012932796** on the check.