**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 7:25-cv-00149 |
| § | |
| 0.519 ACRES OF LAND, MORE OR LESS, § | |
| SITUATE IN STARR COUNTY, STATE OF § | |
| TEXAS; AND DAVID F. REYES, JR., *et al.,* § | |
| *Defendants*. § | |

## ORDER SETTING EVIDENTIARY HEARING ON TITLE AND OWNERSHIP

At the June 26, 2025, Scheduling Conference, the United States requested the Court set a title determination hearing on the issue of title ownership of Tract RGV-RGC-6079. The Court has concluded that a title determination hearing is appropriate. As a result, it is:

**ORDERED** that the United States and any party claiming an interest in the property at issue shall file a statement regarding its position as to title for the property at issue in this case by no later than _____, 2025 (14 days from the hearing regarding title for the property at issue).

**ORDERED** that a hearing regarding title for the property at issue in this case is set for _____ at _____; and

**ORDERED** that the United States shall serve a copy of this Order on all Claimants.

Signed this ___ of _____, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**